**Order entered April 11, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-18-00933-CV

**JUSTIN HOLLAND, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 7**
**Dallas County, Texas**
**Trial Court Cause No. F04-99717**

## ORDER

The reporter's record in this appeal is past due. By postcard dated September 26, 2018, we notified Court Reporter Vearneas Faggett that the reporter's record was overdue. By letter dated February 21, 2019, we reset the due date for the reporter's record and directed Ms. Faggett to file the reporter's record by March 22, 2019. To date, Ms. Faggett has failed to comply with the Court's directive.

Accordingly, we **ORDER** Trashuna Sallaam, Official Court Reporter for Criminal District Court No. 7 **AND/OR** Vearneas Fagget, Official Court Reporter for the 283rd Judicial District Court, to file within **FIFTEEN DAYS** of the date of this order, either (1) the reporter's record; (2) written verification no hearings were recorded; or (3) written verification that appellant has not paid for or made arrangements to pay for the reporter's record and has not been

found entitled to proceed without payment of costs. *We notify appellant that if we receive verification he has not requested the reporter's record or has been found not entitled to proceed without payment of costs and has not paid for or made arrangements to pay for the reporter's record, we will order the appeal submitted without the reporter's record. See* Tex. R. App. P. 37.3(c).

We **DIRECT** the Clerk to send copies of this order to:

Honorable Chika Anyiam
Presiding Judge
Criminal District Court No. 7

Honorable Lela Lawrence Mays
Presiding Judge
283rd Judicial District Court

Trashuna Sallasm
Official Court Reporter
Criminal District Court No. 7

Vearneas Faggett
Official Court Reporter
283rd Judicial District Court

All parties

/s/     KEN MOLBERG
        JUSTICE